UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:19-CR-00007-02-LM |
| ) | |
| AMANDA DAVIS, et al, ) | |
| Defendants. ) | |

## ASSENTED-TO MOTION TO CONTINUE TRIAL

Amanda Davis, through her counsel, Lawrence A. Vogelman of Shaheen & Gordon P.A., moves to continue the trial scheduled for the two-week period beginning May 18, 2021, for 45 days.

1. The undersigned represents Ms Davis.

2. The parties are finalizing a plea agreement, and additional time is needed.

3. In compliance with ADM-1 Order 20-24, Undersigned counsel has consulted with the Defendant about the need for this continuance, and explained to the Defendant that by requesting this continuance she is waiving her constitutional and statutory rights to a speedy trial. The Defendant understands the rights she is waving and assents to the continuance request.

4. A copy of this motion has been emailed to the Defendant.

5. AUSA Anna Dronzek, attorney for the government, assents to the continuance of trial.

6. Due to the nature of this motion, no memorandum of law is necessary.

WHEREFORE, defendant, Amanda Davis, requests that the trial be continued to the two-week period beginning July 20, 2021.

        **AMANDA DAVIS**
        By her attorneys,
        Shaheen & Gordon, PA.

Date: April 5, 2021    By:   /s/Lawrence A. Vogelman
        Lawrence A. Vogelman (#10280)
        353 Central Ave, Suite 200
        P.O. Box 977
        Dover, NH 03821
        Phone: 603-749-5000
        Fax: 603-749-1838
        Email: lvogelman@shaheengordon.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was delivered via ECF to all counsel of record.

        /s/Lawrence A. Vogelman
        Lawrence A. Vogelman