UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                      Case No. 19-cr-007-02-LM

Amanda Davis

ORDER

The assented to motion to reschedule jury trial (document no. 137) filed by defendant is granted; Final Pretrial Conference is rescheduled to July 8, 2021 at 11:00 AM.  Trial is continued to the two-week period beginning July 20, 2021, 9:30 AM.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                  By the Court,

                                                  _____
                                                  Landya B. McCafferty
                                                  Chief Judge

Date: April 5, 2021

cc:   U.S. Marshal
       U.S. Probation
       Counsel of Record